JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK R. FINNEGAN,<br><br>Plaintiff,<br><br>v.<br><br>JEFFERY CLARK, et al.,<br><br>Defendant. | Case No. 8:18-cv-00330-SJO-KES<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the federal claims in Plaintiff Jack R. Finnegan's First Amended Complaint are dismissed with prejudice and the state law claims in the First Amended Complaint are dismissed without prejudice.

DATED: 6/8/18

*S. James Otero*
_____
HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE